

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>    vs.                                             )<br>                                                          )<br>ANDRES RAFAEL VIOLA,           )<br>                                                          )<br>            Defendant.                    )<br>_____) | Case No.: 2:20-cr-00016-RFB-EJY<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>ANDRES RAFAEL VIOLA<br>(ID#) 08018928 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANDRES RAFAEL VIOLA** before the United States District Court at Las Vegas, Nevada, on or about February 20, 2020, at the hour of 11:45 a.m., for an initial appearance and arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE