NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Elham.Roohani@usdoj.gov
*Representing the United States of America*

```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
       COUNSEL/PARTIES OF RECORD

         FEB 20 2020

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRES RAFAEL VIOLA,<br><br>Defendant. | **CRIMINAL INFORMATION**<br><br>Case No:<br><br>**VIOLATIONS:**<br><br>**COUNT I**<br>Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a)<br><br>**COUNT II**<br>Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B)<br><br>**FORFEITURE ALLEGATIONS**<br>Criminal Forfeiture, 18 U.S.C. § 2253 |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

*Sexual Exploitation of Children*

Beginning on a date unknown, and continuing to on or about June 7, 2019, in the State and Federal District of Nevada,

**ANDRES RAFAEL VIOLA,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, "VICTIM 1", to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### *Possession of Child Pornography*

Beginning on a date unknown, and continuing to on or about June 7, 2019, in the State and Federal District of Nevada,

**ANDRES RAFAEL VIOLA,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION
### *Sexual Exploitation of Children and Possession of Child Pornography*

1. The allegations contained in Counts One and Two of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253(a)(1), 2253(a)(2), and 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Information,

**ANDRES RAFAEL VIOLA,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. §§ 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from violations of 18 U.S.C. §§ 2251(a) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. §§ 2251(a) and 2252A(a)(5)(B) or any property traceable to such property:

(1) Samsung Chromebook, Model XE500C12, S/N OGX591LG506256T;

(2) Samsung Galaxy S9 Plus 128 GB, Model SM-G965U, S/N R38K60KDFAP, IMEI 354649091346938;

(3) Dell Latitude Laptop, Model 7480, S/N 3XYX9H2; and

(4) SanDisk 512 SSD Mini SATA Card, Model X400M, S/N 171101421467.

//
//
//
//
//

1    All pursuant to 18 U.S.C. §§ 2251(a), 2252A(a)(5)(B), 2253(a)(1), 2253(a)(2), and
2 2253(a)(3).
3    DATED: this 20 day of ~~January~~ Feb., 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Elham Roohani*

ELHAM ROOHANI
Assistant United States Attorney

4