ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
emagana@draskovich.com
robert@draskovich.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br><br>ANDRES VIOLA,<br>           Defendant. | Case No.: 2:20-CR-00016-RFB-EJY<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>         **(First Request)** |

    Defendant, Andres Viola, by and through his attorney of record, Robert M. Draskovich, Esq., of The Draskovich Law Group, and Plaintiff United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Bianca Pucci, Assistant United States Attorney, stipulate and request that the Court continue his sentencing hearing, currently scheduled for May 28, 2020, for forty-five (45) days or to a date convenient to the Court.

    Due to COVID-19 and the safety measures that have been enacted, all parties would request to continue the matter. Defendant Viola is in custody and does not object to the request for continuance. Defendant Viola waives any right he may have to a speedy sentencing in this matter pursuant to FED. R. CRIM. P. 32(b)(1).

///

///

///

1

WHEREFORE, the parties stipulate and request that the Court continue defendant Viola's sentencing hearing, currently scheduled for May 28, 2020, for forty-five (45) days or to a date convenient to the Court.

RESPECTFULLY SUBMITTED this 11th day of May, 2020.

/s/ Bianca R. Pucci
BIANCA R. PUCCI
Assistant United States Attorney
Attorney for Plaintiff

/s/ Robert M. Draskovich
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDRES VIOLA,<br><br>   Defendant. | Case No.: 2:20-CR-00016-RFB-EJY<br><br>**ORDER CONTINUING SENTENCING HEARING** |

  This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

  1. Due to COVID-19 and the safety measures that have been enacted, all parties request to continue the matter. Defendant Viola is in custody and does not object to the request for continuance of his sentencing hearing currently scheduled for May 28, 2020, for forty-five (45) days or to a date convenient to the Court.

  2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Viola's sentencing. The additional time requested by this stipulation is excludable in computing the time within which a sentencing must commence pursuant to FED. R. CRIM. P. 32(b)(1).

**ORDER**

  **IT IS THEREFORE ORDERED** that the sentencing hearing, currently scheduled for May 28, 2020, is vacated and reset to July 16, 2020 at the hour of 11:00 AM.

  **IT IS SO ORDERED** this 19th day May, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3