# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRES RAFAEL VIOLA,<br><br>　　　　Defendant. | 2:20-CR-016-RFB-EJY<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1), (a)(2), and (a)(3) based upon the plea of guilty by Andres Rafael Viola to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Andres Rafael Viola pled guilty. Criminal Information, ECF No. 6; Preliminary Order of Forfeiture, ECF No. 8; Plea Agreement, ECF No. 9; Arraignment & Plea, ECF No. 11.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 17, 2020, through October 16, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 23-1, p. 5-7.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1), (a)(2), and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Samsung Chromebook, Model XE500C12, S/N OGX591LG506256T;
2. Samsung Galaxy S9 Plus 128 GB, Model SM-G965U, S/N R38K60KDFAP, IMEI 354649091346938;
3. Dell Latitude Laptop, Model 7480, S/N 3XYX9H2; and
4. SanDisk 512 SSD Mini SATA Card, Model X400M, S/N 171101421467

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __December 27_____, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE